## CHAMBERS MINUTE SHEET

CASE NO. CIV-26-00856-JD                                   DATE 05/11/2026

WILLIAM LEWIS REECE                 -v- WILLIS PETTIT, Warden

COMMENCED 10:00 a.m.          ENDED 10:10 a.m.          TOTAL TIME 10 minutes

PROCEEDINGS Telephonic Status Conference

JUDGE JODI W. DISHMAN   DEPUTY CAROL DITTA       REPORTER  CASSY KERR

PETITIONER'S COUNSEL Jonah Horwitz and Laurence Komp, Federal Public Defender, Capital Habeas Unit

RESPONDENT'S COUNSEL Jennifer L. Crabb and Aspen Jordan Layman, Office of the Oklahoma Attorney General

Telephonic status conference held. Counsel for both parties appear telephonically as noted above.

Judge Dishman makes a disclosure regarding Western District of Oklahoma Death Penalty Law Clerk, Alyssa Crenshaw, regarding her externship with the Oklahoma County Public Defender's Office in the spring semester of 2018 for class credit, and creating a summary of transcripts from an interview between William Lewis Reece and the Texas Rangers. Judge Dishman notes that if either side perceives a conflict or has some concern, the issue goes only to court staffing and not to the assigned judge.

Judge Dishman gives counsel for both parties an opportunity to ask questions of Ms. Crenshaw or of the Court. Following this, counsel for both parties indicate they do not see any issues or have any concerns. However, the Court gives the parties one week, or until **May 18, 2026**, to advise Courtroom Deputy Carol Ditta if anything has changed upon further reflection and upon Petitioner counsel's opportunity to visit with Mr. Reece about the disclosure. Should anything change, the Court will reconvene the lawyers for a further conference.